# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148233 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNETH EDWARD MAXEY,
      Defendant-Appellant.

SC: 148233
COA: 316917
Wayne CC: 09-012497-FC

_____/

      On order of the Court, the motion to amend and add new issues is GRANTED. The application for leave to appeal the October 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2014



Clerk

s0429